IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01521-BNB

ERIC ADAMS,

    Plaintiff,

v.

BLAKE R. DAVIS, and
JEFF GEORGE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 13 2011

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiff, Eric Adams, is a federal prisoner who currently is incarcerated at the United States Penitentiary in Florence, Colorado. On August 18, 2011, the Court denied Mr. Adams leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g), because he has filed at least three actions that were dismissed for failure to state a claim and he has failed to set forth specific allegations in this action of ongoing serious physical injury or a pattern of misconduct evidencing the likelihood of imminent serious physical injury. The Court instructed Mr. Adams to pay the entire $350.00 filing fee within thirty days if he wished to pursue his claims in this action. The Court warned Mr. Adams that if he failed to pay the filing fee within thirty days the Complaint and the action would be dismissed.

On August 31, 2011, Mr. Adams filed a Motion Pursuant to Fed. R. Civ. P. 59(e) challenging the August 18 Order. The Court denied the Motion and again instructed Mr.

Adams to pay the $350.00 filing fee if he desired to proceed with the action. Mr. Adams was given thirty days from the August 18 Order to comply.

Rather than pay the filing fee, Mr. Adams filed a Notice of Appeal on September 15, 2011. Because Mr. Adams now has failed to pay the filing fee within the time allowed, the Complaint and the action will be dismissed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) because Mr. Adams failed to pay the $350.00 filing fee in full within the time allowed.

DATED at Denver, Colorado, this __13th__ day of ___October___, 2011.

BY THE COURT:

___s/Lewis T. Babcock___
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01521-BNB

Eric Adams
Reg. No. 44221-053
ADX Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on October 13, 2011.

                                          GREGORY C. LANGHAM, CLERK

                       By: _____
                                      Deputy Clerk